IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

_____

| | |
|---|---|
| MAXIM HEALTHCARE STAFFING SERVICES, INC. AND MAXIM HEALTHCARE SERVICES HOLDINGS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> DAVID COATS, <br><br> *Defendant*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. SAG-23-2194 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

_____

## PLAINTIFFS' STATUS REPORT

Plaintiffs Maxim Healthcare Staffing Services, Inc. and Maxim Healthcare Services Holdings, Inc. (together "Plaintiffs") file this Status Report pursuant to the Court's October 17, 2023, Order (ECF Doc. 7).

1. On October 17, 2023, this Court ordered Plaintiffs to either file and serve a motion for entry of default by the Clerk and a motion for default judgment, or provide a report as to why such motions would be inappropriate. (ECF Doc. 7).

2. Plaintiffs, respectfully, do not believe default judgment is appropriate at this time, because counsel for Plaintiffs are actively engaged in settlement negotiations with counsel for Coats, Robert A. Stines, Partner with Smith Gambrell Russel, in Tampa, Florida. Mr. Stines was provided with a copy of this Court's October 17, 2023, Order (ECF Doc. 7) on October 23, 2023, and settlement negotiations are still progressing.

3. Plaintiffs respectfully request that the Court provide the Parties fourteen (14) days from the date of this report to complete their settlement discussions.

1

4.	If the Parties reach a settlement within the next fourteen (14) days, counsel for Plaintiffs will notify the Court of the same.

5.	If a settlement is not reached, and Coats does not answer or otherwise respond, Plaintiffs propose to file a motion for entry of default by the Clerk of the Court and motion for default judgment by no later than December 1, 2023.

6.	Plaintiffs will provide a copy of this Status Report to counsel for Coats.


Dated:  November 16, 2023

    Respectfully submitted,

**HUSCH BLACKWELL LLP**

*/s/ Michael J. Schrier*
Michael J. Schrier, Esq.
D. Md. Bar No. 15967
Husch Blackwell LLP
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC  20006
T: (202) 378-2313
F: (202) 378-2319
michael.schrier@huschblackwell.com

*Counsel for Plaintiffs Maxim Healthcare Staffing Services, Inc. and Maxim Healthcare Services Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2023, the foregoing document was filed electronically using the Court's CM/ECF system. I also certify that I caused the foregoing to be mailed to counsel for Coats, via U.S. First-Class Mail, postage prepaid, to the following address:

>Robert A. Stines
>Smith Gambrell Russell
>201 North Franklin Street, Suite 3550
>Tampa, FL 33602
>rstines@sgrlaw.com

*/s/ Michael J. Schrier*
Michael J. Schrier
Attorney for Plaintiffs