IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division

|  |  |
|---|---|
| **MAXIM HEALTHCARE STAFFING SERVICES, INC.** and **MAXIM HEALTHCARE SERVICES HOLDINGS, INC.**,<br><br>*Plaintiffs*,<br><br>v.<br><br>**DAVID COATS**,<br><br>*Defendant*. | Civil Action No. 1:23-cv-02194-SAG |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiffs Maxim Healthcare Staffing Services, Inc., Maxim Healthcare Services Holdings, Inc. ("Plaintiffs") and Defendant David Coats (the "Defendant") (the "Defendant," together with Plaintiffs, the "Parties") jointly move to dismiss the above-captioned action, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(2). In support thereof, the Parties state:

1. Plaintiffs asserted claims against Defendant pursuant to ERISA § 502(a)(3), as well as a state law unjust enrichment claim, to require Defendant to return a $484,180.40 payment that Defendant did not earn and was not entitled to under Maxim Healthcare Services Holdings, Inc. Incentive Investment Plan ("IIP"), an ERISA plan, and to obtain a declaratory judgment that Defendant did not earn and was not entitled to further payment pursuant to the IIP.

2. The Parties have reached a settlement in this matter and the terms of the Parties' settlement agreement require Defendant to make payments to Plaintiffs over time, the last payment being due on December 31, 2029. The Settlement Agreement is attached hereto as **Attachment 1**. In the event Defendant does not timely make any of the payments in full required by the Settlement

Agreement, the Settlement Agreement expressly waives any statute of limitations or laches defense Defendant may have and authorizes Plaintiffs to file a Joint Motion to Reinstate this case and to enter the Consent Judgment agreed to by the Parties. *See* Attachment 1, Settlement Agreement, Exhibit A (Consent Judgment) and Exhibit C (Joint Motion to Reinstate and for Entry of Consent Judgment).

3. To effectuate the Parties' Settlement Agreement, the parties jointly request that the above-captioned lawsuit be dismissed **without** prejudice, that the Court incorporate the terms of the Settlement Agreement into its dismissal order and retain jurisdiction to enforce the Parties' Settlement Agreement, and the Court grant Plaintiffs leave to reinstate this action on or before January 31, 2031, and if not reinstated by such date, the case will be deemed dismissed with prejudice.  See, e.g., *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994); *International Painters and Allied Trades Industry Pension Fund v. Vimas Painting Company, Inc.*, No. WDQ-10-3645, 2014 WL 3428914 (D. Md. July 10, 2024).

WHEREFORE, the Parties jointly request that the Court enter an order dismissing the Complaint in the above-captioned litigation without prejudice, incorporating the terms of the Parties' Settlement Agreement into the dismissal order and retaining the Court's jurisdiction to enforce the Parties' Settlement Agreement, and granting Plaintiffs leave to reinstate the above-captioned action on or before January 31, 2031.

Dated: January 5, 2024.

**HUSCH BLACKWELL LLP**

<u>*/s/* Michael J. Schrier</u>
Michael J. Schrier, Esq.
D. Md. Bar No. 15967
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC 20006
T: (202) 378-2313
F: (202) 378-2319
Michael.schrier@huschblackwell.com

*Counsel for Plaintiffs Maxim Healthcare Staffing Services, Inc., and Maxim Healthcare Services Holdings, Inc.*

-AND-

**David Coats**

<u>                    </u>
David Coats
5608 TPC Blvd.
Lutz, Florida 33558

*David Coats*

HUSCH BLACKWELL LLP


/s/ _____
Michael J. Schrier, Esq.
D. Md. Bar No. 15967
1801 Pennsylvania Ave., NW, Suit 1000
Washington, DC 20006
T: (202) 378-2313
F: (202) 378-2319
Michael.schrier@huschblackwell.com

*Counsel for Plaintiffs Maxim Healthcare
Staffing Services, Inc., and
Maxim Healthcare Services Holdings, Inc.*

-AND-

**David Coats**
_____
David Coats
5608 TPC Blvd.
Lutz, Florida 33558

*David Coats*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was filed electronically on January 5, 2024, and has been served via U.S. First-Class Mail, postage prepaid, to the following address:

David Coats
5608 TPC Blvd.
Lutz, Florida 33558

By: /s/ Michael J. Schrier