IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Baltimore Division

|  |  |
|---|---|
| **MAXIM HEALTHCARE STAFFING SERVICES, INC.** and **MAXIM HEALTHCARE SERVICES HOLDINGS, INC.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **DAVID COATS**, <br><br> *Defendant*. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 1:23-cv-02194-SAG

**[JOINT PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

The Court has considered the Parties' Joint Motion to Dismiss Without Prejudice and determined that the motion should be GRANTED.

It is therefore ORDERED that the claims and causes of action asserted in this action by Maxim Healthcare Staffing Services, Inc. and Maxim Healthcare Services Holdings, Inc. against David Coats are hereby DISMISSED without prejudice, subject to the terms of the Parties' Settlement Agreement, the terms of which are expressly incorporated herein. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994); *International Painters and Allied Trades Industry Pension Fund v. Vimas Painting Company, Inc.*, No. WDQ-10-3645, 2014 WL 3428914 (D. Md. July 10, 2024). This Court retains jurisdiction to enforce the Parties' Settlement Agreement and Plaintiffs are granted leave to reopen this action on or before January 31, 2031, in a manner consistent with the Parties' Settlement Agreement. If Plaintiffs do not move to reinstate this action on or before January 31, 2031, this case will be automatically dismissed with prejudice.

SIGNED this _____ day of _____, 2024

                                                                                             _____
                                                                                             UNITED STATES DISTRICT JUDGE



APPROVED AS TO FORM AND CONTENT:

**HUSCH BLACKWELL LLP**


*/s/ Michael J. Schrier*_____
Michael J. Schrier, Esq.
D. Md. Bar No. 15967
1801 Pennsylvania Ave., NW, Suit 1000
Washington, DC 20006
T: (202) 378-2313
F: (202) 378-2319
Michael.schrier@huschblackwell.com

*Counsel for Plaintiffs Maxim Healthcare*
*Staffing Services, Inc., and*
*Maxim Healthcare Services Holdings, Inc.*

-AND-

**David Coats**


_____
David Coats
5608 TPC Blvd.
Lutz, Florida 33558

*David Coats*

SIGNED this _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM AND CONTENT:

**HUSCH BLACKWELL LLP**

/s/_____
Michael J. Schrier, Esq.
D. Md. Bar No. 15967
1801 Pennsylvania Ave., NW, Suit 1000
Washington, DC 20006
T: (202) 378-2313
F: (202) 378-2319
Michael.schrier@huschblackwell.com

*Counsel for Plaintiffs Maxim Healthcare
Staffing Services, Inc., and
Maxim Healthcare Services Holdings, Inc.*

-AND-

**David Coats**
_____
David Coats
5608 TPC Blvd.
Lutz, Florida 33558

*David Coats*